# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
CAMPBELL, BARBARA ANN                 §     Case No. 09-30265
                                      §
            Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]        $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ $^{2}$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ $^{2}$.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

$^{2}$ If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

Case No: 09-30265 SQU Judge: JOHN SQUIRES  
Case Name: CAMPBELL, BARBARA ANN  
For Period Ending: 01/10/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE  
Date Filed (f) or Converted (c): 08/18/09 (f)  
341(a) Meeting Date: 09/30/09  
Claims Bar Date: 03/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE 19 W. BENTON NAPERVILLE, I | 307,500.00 | 0.00 | | 3,750.00 | FA |
| 2. SINGLE FAMILY RESIDENCE 29 W. BENTON NAPERVILLE, I | 307,500.00 | 0.00 | | 3,750.00 | FA |
| 3. LOCATION: 29 W. BENTON, NAPERVILLE IL | 20.00 | 20.00 | DA | 0.00 | FA |
| 4. BANK OF AMERICA CHECKING | 0.46 | 0.46 | DA | 0.00 | FA |
| 5. BANK OF AMERICA SAVINGS | 2.54 | 2.54 | DA | 0.00 | FA |
| 6. HARRIS BANK CHECKING | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. HARRIS BANK SAVINGS | 70.78 | 70.78 | DA | 0.00 | FA |
| 8. WASHINGTON MUTUAL CHECKING | 5.85 | 5.85 | DA | 0.00 | FA |
| 9. WASHINGTON MUTUAL SAVINGS | 1.23 | 1.23 | DA | 0.00 | FA |
| 10. DELL PC, DESK, CHAIR, 2 FILE CABINETS, 2 BEDS, CHE | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 11. NECKLACE | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 12. OPTION TO PURCHASE 375 SHARES OF CITRIX @$32.75/SH | 468.75 | 468.75 | DA | 0.00 | FA |
| 13. ECO SPA, INC., (NOW MEMOR, INC) - COMPANY NO LONGE | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 12 N. WEBSTER - INDIVIDUAL BUSINESS INVESTMENT IN | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. CAMPBELL PROPERTIES, LLC - IN BUSINESS NOV 2005 - | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 50% INTEREST IN SKCA, LLC, AN LLC ESTABLISHED WITH | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. JOINT VENTURE WITH JAY BERGAMINI IN REAL PROPERTY | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. ADVANCE OF FUNDS - $16,000, TO MELINDA MINTON C/O | 16,000.00 | 16,000.00 | DA | 0.00 | FA |
| 19. 2002 MERCEDES BENZ E CLASS | 7,000.00 | 7,000.00 | | 3,488.75 | FA |
| 20. DOG - HOUSEHOLD PET LOCATION: 29 W. BENTON, NAPERV | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.13 | Unknown |

TOTALS (Excluding Unknown Values) | $640,969.61 | $25,969.61 | | $10,991.88 | Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

LFORM1 UST Form 101-7-TFR (5/1/2011) *(Page: 3)* Ver: 16.04e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | |
|---|---|---|---|---|
| Case No: | 09-30265   SQU   Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAMPBELL, BARBARA ANN | | Date Filed (f) or Converted (c): | 08/18/09 (f) |
| | | | 341(a) Meeting Date: | 09/30/09 |
| | | | Claims Bar Date: | 03/14/11 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is waiting for bar date to pass before reviewing claims and filing TFR

Initial Projected Date of Final Report (TFR): 12/30/10     Current Projected Date of Final Report (TFR): 09/30/11

/s/     BRENDA PORTER HELMS, TRUSTEE
_____   Date: 01/10/12
BRENDA PORTER HELMS, TRUSTEE

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-30265 -SQU | |
| Case Name: | CAMPBELL, BARBARA ANN | |
| Taxpayer ID No: | *******0609 | |
| For Period Ending: | 01/10/12 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******8034 Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/10 | 19 | Barbara A. Campbell P.O. Box 613 Naperville IL 60566 | debtor's equity in Merceds Benz | 1129-000 | 3,488.75 | | 3,488.75 |
| 03/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 3,488.77 |
| 04/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,488.86 |
| 05/28/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,488.94 |
| 06/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,489.03 |
| 07/12/10 | 1, 2 | Dr. Jay Bergamini Leslie Bergamini 1528 Alan Rd Naperville IL 60564 | debtors equity in 19 & 29 Benton | 1110-000 | 7,500.00 | | 10,989.03 |
| 07/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 10,989.21 |
| 08/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 10,989.50 |
| 09/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,989.77 |
| 10/29/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,990.04 |
| 11/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,990.32 |
| 12/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,990.60 |
| 01/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,990.88 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 8.36 | 10,982.52 |
| 02/28/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,982.60 |
| 03/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,982.69 |
| 04/29/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,982.78 |
| 05/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,982.88 |
| 06/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,982.97 |
| 07/29/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,983.06 |
| 08/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,983.16 |
| | | | Page Subtotals | | 10,991.52 | 8.36 | |

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-30265 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMPBELL, BARBARA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ********8034  Money Market - Interest Bearing |
| Taxpayer ID No: | *******0609 | | | |
| For Period Ending: | 01/10/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,983.25 |
| 10/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,983.34 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.99 | 10,969.35 |
| 11/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,969.44 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.52 | 10,955.92 |
| 12/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,956.01 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,991.88 | 35.87 | 10,956.01 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 10,991.88 | 35.87 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,991.88 | 35.87 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - Interest Bearing - ********8034 | 10,991.88 | 35.87 | 10,956.01 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 10,991.88 | 35.87 | 10,956.01 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 01/10/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals   0.36   27.51

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Ver: 16.04e

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-30265  
Case Name: CAMPBELL, BARBARA ANN  
Trustee Name: BRENDA PORTER HELMS, TRUSTEE  

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____  
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $    must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $             have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Dr. Jay Bergamini | $ | $ | $ |
| 3 | JLB Naperville LLC | $ | $ | $ |
| 4 | Chase Bank USA NA | $ | $ | $ |
| 5 | First National Bank of Omaha | $ | $ | $ |
| 6 | First National Bank of Naperville | $ | $ | $ |
| 7 | First National Bakn of Naperville | $ | $ | $ |
| 8 | Gierach Law Firm | $ | $ | $ |
| 9 | Naperville Plaza Venture LLC | $ | $ | $ |
| 10 | FIA Card Services/Bank of America | $ | $ | $ |
| 11 | Stieper Law Offices | $ | $ | $ |
| 12 | Chase Bank USA NA | $ | $ | $ |
| 13 | City of Naperville | $ | $ | $ |

Total to be paid to timely general unsecured creditors                    $_____

Remaining Balance                                                                                  $_____

   Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*