# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAMPBELL, BARBARA ANN | § | Case No. 09-30265 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          CLERK OF COURT
          219 S. DEARBORN STREET
          CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/10/2012 in Courtroom 4016,
          DuPage Judicial Center
          505 N. County Farm Road
          Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/10/2012          By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
CAMPBELL, BARBARA ANN § Case No. 09-30265
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,991.88 |
| and approved disbursements of | $ | 35.87 |
| leaving a balance on hand of[1] | $ | 10,956.01 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,849.19 | $ 0.00 | $ 1,849.19 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 14.52 | $ 0.00 | $ 14.52 |
| Other: International Sureties | $ 8.36 | $ 8.36 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,863.71 |
| Remaining Balance | | $ | 9,092.30 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,107,877.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Dr. Jay Bergamini | $ 23,192.84 | $ 0.00 | $ 100.04 |
| 3 | JLB Naperville LLC | $ 1,089,547.58 | $ 0.00 | $ 4,699.75 |
| 4 | Chase Bank USA NA | $ 20,431.62 | $ 0.00 | $ 88.13 |
| 5 | First National Bank of Omaha | $ 8,264.68 | $ 0.00 | $ 35.65 |
| 6 | First National Bank of Naperville | $ 498,456.81 | $ 0.00 | $ 2,150.09 |
| 7 | First National Bakn of Naperville | $ 233,016.99 | $ 0.00 | $ 1,005.12 |
| 8 | Gierach Law Firm | $ 7,576.25 | $ 0.00 | $ 32.68 |
| 9 | Naperville Plaza Venture LLC | $ 176,805.36 | $ 0.00 | $ 762.64 |
| 10 | FIA Card Services/Bank of America | $ 22,362.59 | $ 0.00 | $ 96.46 |
| 11 | Stieper Law Offices | $ 27,459.00 | $ 0.00 | $ 118.44 |
| 12 | Chase Bank USA NA | $ 266.35 | $ 0.00 | $ 1.15 |
| 13 | City of Naperville | $ 497.53 | $ 0.00 | $ 2.15 |

|  |  |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 9,092.30 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 09-30265-CD
Barbara Ann Campbell                                                                    Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: mhenley              Page 1 of 3                  Date Rcvd: Jan 11, 2012
                               Form ID: pdf006            Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2012.
```
db          +Barbara Ann Campbell,   P.O. Box 613,   Naperville, IL 60566-0613
14331033    +A T & T,   Bankruptcy Department/Att L. Adams,    6021 S. Rio Grande Ave., 1st Floor,
              Orlando, FL 32809-4613
14331062    +Andrew Trasatt,   c/o Steve Adams,    101 N. Washington St., Suite 217,
              Naperville, IL 60540-4511
14331034    +Ashton Builders,   c/o Steve Adams,   101 N. Washington St.,   Naperville, IL 60540-4511
14331035    +B&W Heating & Air Conditioning,   3519 Martens,   Franklin Park, IL 60131-2015
14331036    +Bank of America,   P.O. Box 53150,   Phoenix, AZ 85072-3150
14331037    +Calamos Property Holdings, LLC,   2020 Calamos Court,   Naperville, IL 60563-2796
14331038    +Capital One,   P.O. Box 26074,   Richmond, VA 23260-6074
16589731     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14331039     Chase Visa,   P.O. Box 36520,   Louisville, KY 40233-6520
14331056    +City of Naperville,   Finance Department,   400 S. Eagle St,   Naperville, IL 60540-5279
14331040    +CityGate Center I, LLC,   c/o Calamos Real Estate LLC,   2135 City Gate Lane,
              Naperville, IL 60563-3018
14331041    +CityGate Centre, LCC,   2155 CityGate Lane,   Naperville, IL 60563-7733
14331042     Cody Design,   c/o Edgerton & Edgerton,   125 Wood St., P.O. Box 218,
              West Chicago, IL 60186-0218
14331043    +D.A. George & Sons, Inc.,   c/o Paul M. Mitchell,   111 E. Jefferson Ave.,
              Naperville, IL 60540-4791
14331061     David M. Stieper,   2500 W. Higgins Rd., Suite 1200,   Hoffman Estates, IL 60169-7243
16928281    +David M. Stieper,   Stieper Law Offices,Ltd.,   2500 W. Higgins Road, Sutie 1200,
              Hoffman Estates, IL 60169-7243
14331044    +Dolan & Associates,   c/o Cohon, Raizes & Regal,   208 S. LaSalle St.,,   Chicago, IL 60604-1000
14331045    +Dommermuth, Brestal, Cobine & West,   123 Water Street,   P.O. Box 565,
              Naperville, IL 60566-0565
14891737    +Dr. Jay Bergamini,   Wildman, Harrold, Allen & Dixon LLP,
              c/o David J. Fischer and Mary E. Olson,   225 West Wacker Drive Suite 2800,
              Chicago, IL 60606-1228
14331048     FNB Omaha Visa,   P.O. Box 2557,   Omaha, NE 68103-2557
14331046    +First National Bank of Naperville,   c/o Rolewick & Gutzke, PC,
              1776 S. Naperville Rd., Suite 104A,   Wheaton, IL 60189-5831
16714611    +First National Bank of Naperville,   The Collins Law Firm, P.C.,   1770 N. Park Street, Suite 200,
              Naperville, IL 60563-5432
16594837    +First National Bank of Omaha,   1620 Dodge Street Stop Code 3105,   Omaha Ne 68197-0002
14331049     Getty Images,   c/o NCS Recovery,   P.O. Box 50276,   Sarasota, FL 34232-0302
14331050    +Gierach Law Firm,   1776 Legacy Circle, Suite 104,   Naperville, IL 60563-1673
14331051    +HydroWorks,   1420 Stoneridge Drive,   Middletown, PA 17057-5989
14331052    +J & Z Highlander Construction,   14564 W. 136th St,   Lemont, IL 60439-7928
14891675    +JLB Naperville II LLC,   Wildman, Harrold, Allen & Dixon LLP,
              c/o David J. Fischer and Mary E. Olson,   225 West Wacker Drive Suite 2800,
              Chicago, IL 60606-1228
14891738    +JLB Naperville LLC,   Wildman, Harrold, Allen & Dixon LLP,
              c/o David J. Fischer and Mary E. Olson,   225 West Wacker Drive Suite 2800,
              Chicago, IL 60606-1228
14331054    +JLB Naperville, LLC,   1528 Alan Road,   Naperville, IL 60564-9666
14331053    +Jay Bergamini,   1528 Alan Road,   Naperville, IL 60564-9666
16838130    +Naperville Plaza Venture LLC,   c/o Cohon Raizes & Regal LLP,   208 S. LaSalle Street, Suite 1860,
              Chicago, IL 60604-1166
14331057    +Nicor,   c/o Risk Management Alternatives,   2200 S. Busse Rd.,   Mount Prospect, IL 60056-5514
14331058    +Pelar Construction,   c/o Ronze Pavone,   4112 N. Cass,   Westmont, IL 60559-1312
14331059    +Platinum Plumbing,   c/o Richard Reichstein, Ltd.,   221 N. LaSalle St., Suite 1137,
              Chicago, IL 60601-1327
14331060    +R.L. Dausidiuk,   Collins Law Group,   1770 Park St., Suite 200,   Naperville, IL 60563-5432
16952940    +Stieper Law Offices, Ltd.,   2500 W Higgins Road,   Suite 1200,
              Hoffman Estates, Illinois 60169-7243
17033142    +The City of Naperville,   400 S. Eagle Street,   Naperville, IL 60540-5279
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16948416      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 12 2012 04:34:38
              FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14331047    ##+First National Bank of Naperville,   555 Fort Hill Road,   Naperville, IL 60540-3916
14331055    ##+Nancy Sikich,   327 N. Charles Rd.,   Naperville, IL 60540-4979
                                                                                              TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: mhenley              Page 2 of 3            Date Rcvd: Jan 11, 2012
                              Form ID: pdf006            Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 13, 2012**                **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: mhenley              Page 3 of 3              Date Rcvd: Jan 11, 2012
                              Form ID: pdf006            Total Noticed: 40
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2012 at the address(es) listed below:

        Brenda Porter Helms   on behalf of Trustee Brenda Helms brenda.helms@albanybank.com
        Brenda Porter Helms   brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
        James P Wognum   on behalf of Debtor Barbara Campbell jpwognum@ameritech.net
        Mary E Olson   on behalf of Creditor  JLB Naperville II LLC molson@wildman.com, ecf-filings@wildman.com
        Megan A Drefchinski   on behalf of Creditor  First National Bank of Naperville mdrefchinski@collinslaw.com, ktaylor@collinslaw.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
        Yeny C. Estrada   on behalf of Creditor  JLB Naperville II LLC yestrada@edwardswildman.com, kconnor@edwardswildman.com;ECFFilings@edwardswildman.com

                          TOTAL: 7

Case 09-30265   Doc 50   Filed 01/11/12   Entered 01/13/12 23:32:15   Desc Imaged
Certificate of Notice   Page 7 of 7