UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CAMPBELL, BARBARA ANN § Case No. 09-30265
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/BRENDA PORTER HELMS, TRUSTEE _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank of Naperville c/o Rolewick & Gutzke, PC 1776 S. Naperville Rd., Suite 104A Wheaton, IL 60189-5833 | | | | | |
| | JLB Naperville, LLC 1528 Alan Road Naperville, IL 60564 | | | | | |
| | JLB Naperville, LLC 1528 Alan Road Naperville, IL 60564 | | | | | |
| | Representing: JLB Naperville, LLC | | | | | |
| | Representing: JLB Naperville, LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| SURETIES, INTERNATIONAL | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A T & T Bankruptcy Department/Att L. Adams 6021 S. Rio Grande Ave., 1st Floor Orlando, FL 32859 | | | | | |
| | Andrew Trasatt c/o Steve Adams 101 N. Washington St., Suite 217 Naperville, IL 60540 | | | | | |
| | Ashton Builders c/o Steve Adams 101 N. Washington St. Naperville, IL 60540 | | | | | |
| | B&W Heating & Air Conditioning 3519 Martens Franklin Park, IL 60131 | | | | | |
| | Capital One P.O. Box 26074 Richmond, VA 23260 | | | | | |
| | City of Naperville Finance Department 400 S. Eagle St Naperville, IL 60540 | | | | | |
| | CityGate Center I, LLC c/o Calamos Real Estate LLC 2135 City Gate Lane Naperville, IL 60563 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cody Design c/o Edgerton & Edgerton 125 Wood St., P.O. Box 218 West Chicago, IL 60186-0218 | | | | | |
| | D.A. George & Sons, Inc. c/o Paul M. Mitchell 111 E. Jefferson Ave. Naperville, IL 60540 | | | | | |
| | David M. Stieper 2500 W. Higgins Rd., Suite 1200 Hoffman Estates, IL 60169-7243 | | | | | |
| | Dolan & Associates c/o Cohon, Raizes & Regal 208 S. LaSalle St Chicago, IL 60604 | | | | | |
| | Dommermuth, Brestal, Cobine & West 123 Water Street P.O. Box 565 Naperville, IL 60566 | | | | | |
| | Getty Images c/o NCS Recovery P.O. Box 50276 Sarasota, FL 34232-0302 | | | | | |
| | HydroWorks 1420 Stoneridge Drive Middletown, PA 17057 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | J & Z Highlander Construction 14564 W. 136th St Lemont, IL 60439 | | | | | |
| | Nancy Sikich 327 N. Charles Rd. Naperville, IL 60540 | | | | | |
| | Nicor c/o Risk Management Alternatives 2200 S. Busse Rd. Mount Prospect, IL 60056 | | | | | |
| | Pelar Construction c/o Ronze Pavone 4112 N. Cass Westmont, IL 60559 | | | | | |
| | Platinum Plumbing c/o Richard Reichstein, Ltd. 221 N. LaSalle St., Suite 1137 Chicago, IL 60601 | | | | | |
| | Representing: CityGate Center I, LLC | | | | | |
| | Representing: First National Bank of Naperville | | | | | |
| 2 | BERGAMINI, DR. JAY | | | | | |
| 7 | FIRST NATIONAL BAKN OF NAPERVILLE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | FIRST NATIONAL BANK OF NAPERVILLE | | | | | |
| 8 | GIERACH LAW FIRM | | | | | |
| 3 | JLB NAPERVILLE LLC | | | | | |
| 9 | NAPERVILLE PLAZA VENTURE LLC | | | | | |
| 11 | OFFICES, STIEPER LAW | | | | | |
| 13 | PERVILLE | | | | | |
| 4 | CHASE BANK USA NA | | | | | |
| 12 | CHASE BANK USA NA | | | | | |
| 10 | FIA CARD SERVICES/BANK OF AMERICA | | | | | |
| 5 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 09-30265 | SQU | Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAMPBELL, BARBARA ANN | | | | Date Filed (f) or Converted (c): | 08/18/09 (f) |
| | | | | | 341(a) Meeting Date: | 09/30/09 |
| For Period Ending: | 06/06/12 | | | | Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SINGLE FAMILY RESIDENCE 19 W. BENTON NAPERVILLE, I | 307,500.00 | 0.00 | | 3,750.00 | FA |
| 2. SINGLE FAMILY RESIDENCE 29 W. BENTON NAPERVILLE, I | 307,500.00 | 0.00 | | 3,750.00 | FA |
| 3. LOCATION: 29 W. BENTON, NAPERVILLE IL | 20.00 | 20.00 | DA | 0.00 | FA |
| 4. BANK OF AMERICA CHECKING | 0.46 | 0.46 | DA | 0.00 | FA |
| 5. BANK OF AMERICA SAVINGS | 2.54 | 2.54 | DA | 0.00 | FA |
| 6. HARRIS BANK CHECKING | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. HARRIS BANK SAVINGS | 70.78 | 70.78 | DA | 0.00 | FA |
| 8. WASHINGTON MUTUAL CHECKING | 5.85 | 5.85 | DA | 0.00 | FA |
| 9. WASHINGTON MUTUAL SAVINGS | 1.23 | 1.23 | DA | 0.00 | FA |
| 10. DELL PC, DESK, CHAIR, 2 FILE CABINETS, 2 BEDS, CHE | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 11. NECKLACE | 1,200.00 | 1,200.00 | DA | 0.00 | FA |
| 12. OPTION TO PURCHASE 375 SHARES OF CITRIX @$32.75/SH | 468.75 | 468.75 | DA | 0.00 | FA |
| 13. ECO SPA, INC., (NOW MEMOR, INC) - COMPANY NO LONGE | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. 12 N. WEBSTER - INDIVIDUAL BUSINESS INVESTMENT IN | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. CAMPBELL PROPERTIES, LLC - IN BUSINESS NOV 2005 - | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 50% INTEREST IN SKCA, LLC, AN LLC ESTABLISHED WITH | 0.00 | 0.00 | DA | 0.00 | FA |
| 17. JOINT VENTURE WITH JAY BERGAMINI IN REAL PROPERTY | 0.00 | 0.00 | DA | 0.00 | FA |
| 18. ADVANCE OF FUNDS - $16,000, TO MELINDA MINTON C/O | 16,000.00 | 16,000.00 | DA | 0.00 | FA |
| 19. 2002 MERCEDES BENZ E CLASS | 7,000.00 | 7,000.00 | | 3,488.75 | FA |
| 20. DOG - HOUSEHOLD PET LOCATION: 29 W. BENTON, NAPERV | 0.00 | 0.00 | DA | 0.00 | FA |
| 21. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.28 | Unknown |

TOTALS (Excluding Unknown Values)     $640,969.61     $25,969.61     $10,992.03     Gross Value of Remaining Assets $0.00

(Total Dollar Amount in Column 6)

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.06b

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-30265 SQU Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAMPBELL, BARBARA ANN | Date Filed (f) or Converted (c): | 08/18/09 (f) |
| | | 341(a) Meeting Date: | 09/30/09 |
| | | Claims Bar Date: | 03/14/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been submitted to UST

Initial Projected Date of Final Report (TFR): 12/30/10    Current Projected Date of Final Report (TFR): 09/30/11

/s/    BRENDA PORTER HELMS, TRUSTEE
_____ Date: 06/06/12
BRENDA PORTER HELMS, TRUSTEE

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 16.06b

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-30265 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMPBELL, BARBARA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8034 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0609 | | | |
| For Period Ending: | 06/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/20/10 | 19 | Barbara A. Campbell P.O. Box 613 Naperville IL 60566 | debtor's equity in Merceds Benz | 1129-000 | 3,488.75 | | 3,488.75 |
| 03/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.02 | | 3,488.77 |
| 04/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,488.86 |
| 05/28/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.08 | | 3,488.94 |
| 06/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 3,489.03 |
| 07/12/10 | 1, 2 | Dr. Jay Bergamini Leslie Bergamini 1528 Alan Rd Naperville IL 60564 | debtors equity in 19 & 29 Benton | 1110-000 | 7,500.00 | | 10,989.03 |
| 07/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 10,989.21 |
| 08/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 10,989.50 |
| 09/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,989.77 |
| 10/29/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.27 | | 10,990.04 |
| 11/30/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,990.32 |
| 12/31/10 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,990.60 |
| 01/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.28 | | 10,990.88 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 8.36 | 10,982.52 |
| 02/28/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,982.60 |
| 03/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,982.69 |
| 04/29/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,982.78 |
| 05/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,982.88 |
| 06/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,982.97 |
| 07/29/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,983.06 |
| 08/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,983.16 |

Page Subtotals 10,991.52 8.36

Ver: 16.06b

FORM 2     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-30265 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | CAMPBELL, BARBARA ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8034 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0609 | | |
| For Period Ending: | 06/06/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,983.25 |
| 10/31/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,983.34 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.99 | 10,969.35 |
| 11/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,969.44 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 13.52 | 10,955.92 |
| 12/30/11 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,956.01 |
| 01/31/12 | 21 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 10,956.11 |
| 02/18/12 | 21 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 10,956.16 |
| 02/18/12 | | Transfer to Acct #*******6232 | Final Posting Transfer | 9999-000 | | 10,956.16 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 10,992.03 | 10,992.03 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 10,956.16 | |
| Subtotal | | 10,992.03 | 35.87 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 10,992.03 | 35.87 | |

Page Subtotals     0.51     10,983.67

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-30265 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMPBELL, BARBARA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6232 Checking - Non Interest |
| Taxpayer ID No: | *******0609 | | | |
| For Period Ending: | 06/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/18/12 | | Transfer from Acct #*******8034 | Transfer In From MMA Account | 9999-000 | 10,956.16 | | 10,956.16 |
| 02/18/12 | 001001 | Brenda Porter Helms | trustee fees | 2100-000 | | 1,849.18 | 9,106.98 |
| 02/18/12 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 14.52 | 9,092.46 |
| 02/18/12 | 001003 | Dr. Jay Bergamini | Final Distribution | 7100-000 | | 100.04 | 8,992.42 |
| 02/18/12 | 001004 | JLB Naperville LLC | Final Distribution | 7100-000 | | 4,699.83 | 4,292.59 |
| 02/18/12 | 001005 | Chase Bank USA | Final Distribution | 7100-900 | | 88.13 | 4,204.46 |
| 02/18/12 | 001006 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha NE 68197 | Final Distribution | 7100-900 | | 35.65 | 4,168.81 |
| 02/18/12 | 001007 | First National Bank of Naperville<br>The Collins Law Firm P.C.<br>1770 N. Park St. #200<br>Naperville IL 60563 | Final Distribution | 7100-000 | | 2,150.12 | 2,018.69 |
| 02/18/12 | 001008 | First National Bakn of Naperville<br>The Collins Law Firm<br>1770 N. Park St #200<br>Naperville IL 60563 | Final Distribution | 7100-000 | | 1,005.13 | 1,013.56 |
| 02/18/12 | 001009 | Gierach Law Firm<br>1776 Legacy Circle #104<br>Naperville IL 60563 | Final Distribution | 7100-000 | | 32.68 | 980.88 |
| 02/18/12 | 001010 | Naperville Plaza Venture LLC<br>c/o Cohon Raizes & Regal<br>208 S. LaSalle St #1860<br>Chicago IL 60604 | Final Distribution | 7100-000 | | 762.67 | 218.21 |
| 02/18/12 | 001011 | FIA Card Services/Bank of America<br>by American InfoSource LP<br>P.O. Box 248809<br>Oklahoma City OK 73124 | Final Distribution | 7100-900 | | 96.46 | 121.75 |
| | | | Page Subtotals | | 10,956.16 | 10,834.41 | |

Ver: 16.06b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-30265 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMPBELL, BARBARA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6232 Checking - Non Interest |
| Taxpayer ID No: | *******0609 | | | |
| For Period Ending: | 06/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/18/12 | 001012 | Stieper Law Offices<br>2500 W. Higgins Rd #1200<br>Hoffman Estates IL 60169 | Final Distribution | 7100-000 | | 118.45 | 3.30 |
| 02/18/12 | 001013 | Chase Bank USA NA<br>P.O. Box 15145<br>Wilmington DE 19850 | Final Distribution | 7100-900 | | 1.15 | 2.15 |
| * 02/18/12 | 001014 | City of Naperville<br>Fiannce Department400 S. Eagle St<br>Naperville IL 60540 | Final Distribution | 7100-003 | | 2.15 | 0.00 |
| * 03/27/12 | 001014 | City of Naperville<br>Fiannce Department400 S. Eagle St<br>Naperville IL 60540 | Final Distribution | 7100-003 | | -2.15 | 2.15 |
| 03/27/12 | 001015 | United States Bankruptcy Court<br>IL | Final Distribution | 7100-001 | | 2.15 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 10,956.16 | 10,956.16 | 0.00 |
| Less: Bank Transfers/CD's | 10,956.16 | 0.00 | |
| Subtotal | 0.00 | 10,956.16 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 10,956.16 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - ********8034 | 10,992.03 | 35.87 | 0.00 |
| Checking - Non Interest - ********6232 | 0.00 | 10,956.16 | 0.00 |
| | 10,992.03 | 10,992.03 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 121.75

Ver: 16.06b

LFORM24
UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-30265 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CAMPBELL, BARBARA ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6232  Checking - Non Interest |
| Taxpayer ID No: | *******0609 | | | |
| For Period Ending: | 06/06/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market - Interest Bearing - ********8034

Checking - Non Interest - ********6232

Trustee's Signature:   /s/   BRENDA PORTER HELMS, TRUSTEE   Date: 06/06/12
                      _____
                      BRENDA PORTER HELMS, TRUSTEE

Page Subtotals           0.00           0.00

Ver: 16.06b

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*